FOURTH DEPARTMENT, JANUARY, 2015

(January 2, 2015)*

■ THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, V ERIC A. EASTON, APPELLANT. [998 NYS2d 129]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 8, 2013. The judgment convicted defendant, upon his plea of guilty, of reckless endangerment in the first degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

---

* Not published with other Fourth Deparment decisions of January 2015.